IN IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OXFORD FEDERAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-738C |
| | ) | (Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, and plaintiff, Oxford Federal, LLC, respectfully submit this joint status report.

In our previous status report, filed January 16, 2026, we informed the Court that the United States has accepted Oxford's offer to settle the case and that the parties have executed a settlement agreement.  We further asked the Court to stay this case for 60 days to allow the parties time to fulfill their obligations under the agreement.

The parties are continuing to work to fulfill their obligations under the settlement agreement.  To allow the parties sufficient time to fulfill their obligations, the parties respectfully request that the Court order the parties to file another status report on or before May 1, 2026, if the case has not been dismissed by then.

Respectfully submitted,

| | |
|---|---|
| s/  Michael H. Payne | BRETT A. SHUMATE |
| Michael H. Payne, Esquire | Assistant Attorney General |
| Cohen Segilas Pallas Greenhall | |
| & Furman PC | PATRICIA M. McCARTHY |
| 1600 Market Street | Director |
| 32nd Floor | |
| Tel:  (215) 564-1700 | s/  Douglas K. Mickle |
| Fax: (26) 238-4456 | DOUGLAS K. MICKLE |
| Email: mhp@cohenseglias.com | Acting Deputy Director |

s/ Matthew J. Carhart
MATTHEW J. CARHART
Senior Trial Counsel
Commercial Litigation Branch, Civil Division
U.S. Department of Justice, P.O. Box 480
Ben Franklin Station, Washington, DC 20044
Telephone: (202) 307-0313
Email: Matthew.Carhart@usdoj.gov

OF COUNSEL:

MEGAN TOOMAN
Staff Attorney
Office of General Counsel
U.S. Army Corps of Engineers
Europe District

| | |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendant |
| | March 17, 2026 |

2