# In the United States Court of Federal Claims

No. 23-738C
(Filed: March 17, 2026)

```
*************************************
                                    *
OXFORD FEDERAL, LLC,                *
                                    *
                    Plaintiff,      *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*************************************
```

## ORDER

Pursuant to the representations made in the parties' Joint Status Report filed on March 17, 2026, the Court **GRANTS** the parties' request to stay the case for 60 days. The Court ORDERS the parties to file a status report on May 1, 2026, if the case has not been dismissed before that time, informing the Court of the parties' progress with settlement.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge