IN IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OXFORD FEDERAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-738C |
| | ) | (Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>JOINT STATUS REPORT</u>**

Defendant, the United States, and plaintiff, Oxford Federal, LLC, respectfully submit this joint status report.

In our previous status report, filed March 17, 2026, we informed the Court that the United States has accepted Oxford's offer to settle the case and that the parties have executed a settlement agreement. We further asked the Court to continue the stay of this case for 45 days to allow the parties time to fulfill their obligations under the agreement.

The parties are continuing to work to fulfill their obligations under the settlement agreement. To allow the parties sufficient time to fulfill their obligations, the parties respectfully request that the Court order the parties to file another status report on or before May 22, 2026, if the case has not been dismissed by then.

Respectfully submitted,

s/ Michael H. Payne

Michael H. Payne, Esquire
Cohen Segilas Pallas Greenhall
& Furman PC
1600 Market Street
32nd Floor
Tel:  (215) 564-1700
Fax: (26) 238-4456
Email: mhp@cohenseglias.com

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

DOUGLAS K. MICKLE
Acting Deputy Director

s/ Matthew J. Carhart

MATTHEW J. CARHART
Senior Trial Counsel
Commercial Litigation Branch, Civil Division
U.S. Department of Justice, P.O. Box 480
Ben Franklin Station, Washington, DC 20044
Telephone: (202) 307-0313
Email: Matthew.Carhart@usdoj.gov

OF COUNSEL:

MEGAN TOOMAN
Staff Attorney
Office of General Counsel
U.S. Army Corps of Engineers
Europe District

Attorney for Plaintiff

Attorneys for Defendant

May 1, 2026

2