IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OXFORD FEDERAL, LLC,        )
                               )
        Plaintiff,        )
                               )
     v.                  )        No. 23-738C
                               )        (Judge Damich)
UNITED STATES,        )
                               )
        Defendant.     )
                               )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States of the Court of Federal Claims, and the terms of the settlement agreement executed by the parties on January 16, 2026, the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

s/ Michael H. Payne                          BRETT A. SHUMATE
Michael H. Payne, Esquire                    Assistant Attorney General
Cohen Segilas Pallas Greenhall
& Furman PC                                  PATRICIA M. McCARTHY
1600 Market Street, 32nd Floor          Director
Tel:   (215) 564-1700
Fax: (26) 238-4456                           DOUGLAS K. MICKLE
Email: mhp@cohenseglias.com                  Acting Deputy Director

                                             s/ Matthew J. Carhart
                                             MATTHEW J. CARHART
                                             Senior Trial Counsel
                                             Commercial Litigation Branch, Civil Division
                                             U.S. Department of Justice, P.O. Box 480
                                             Ben Franklin Station, Washington, DC 20044
                                             Telephone: (202) 307-0313
                                             Email: Matthew.Carhart@usdoj.gov

                                             OF COUNSEL:

                                             MEGAN TOOMAN
                                             Staff Attorney
                                             Office of General Counsel
                                             U.S. Army Corps of Engineers
                                             Europe District

Attorney for Plaintiff                       Attorneys for Defendant

May 22, 2026

2